| | | |
|---|---|---|
| Fill in this information to identify the case: | | |
| Debtor 1 | Jessica Nicole McHugh | |
| Debtor 2 (Spouse, if filing) | | |
| United States Bankruptcy Court for the: | Western District of Louisiana (State) | |
| Case number | 19-20650 | |

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial Corporation

**Court claim no.** (if known): 4-2

**Last 4 digits** of any number you use to identify the debtor's account: 2 4 3 7

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 1/16/2020: Proof of Claim/Plan Review ($650) and 410A Prep ($250) | (5) | $ 900.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

Debtor 1  Jessica Nicole McHugh   Case number (if known) 19-20650

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ D. Anthony Sottile
Signature

Date 1 / 28 / 2020

Print: D. Anthony Sottile

Title: Authorized Agent for Creditor

Company: Sottile & Barile, LLC

Address: 394 Wards Corner Road, Suite 180
Loveland, OH 45140

Contact phone ( 513 ) 444 – 4100

Email bankruptcy@sottileandbarile.com

# Sottile & Barile, LLC

11351 Pearl Rd

Strongsville, OH 44136

Phone No: (513) 345-0592

## Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

| | | | |
|---|---|---|---|
| Home Point Financial Corporation | | Invoice #: | ▮▮▮▮ |
| Christina Laberto | | Invoice Status: | Check Confirmed |
| 1194 Oak Valley Drive, Suite 80 | | Input By: | Jeff Rickman |
| Ann Arbor, MI 44108 | | Date Submitted: | 1/16/2020 |
| Re: | GUZMAN BRITTNEY LEANNE | Invoice Date: | 1/16/2020 |
| | 2225 ELLIS DR | Vendor Ref #: | ▮▮▮▮ |
| | WESTLAKE, LA 70669 0000 | Vendor Code: | SOTTILE |

| | | | |
|---|---|---|---|
| Loan #: | ▮▮▮▮ | | |
| Loan Type: | FHA | Payee Code: | ATSOTTILE |
| Inv. ID / Cat. ID: | G12 / 156 | Type: | Non Judicial |
| Cost Center: | | Referral Date | 1/6/2020 |
| FHA Case No: | ▮▮▮▮ | Acquisition Date: | |
| GSE Code: | G | Paid in Full Date: | N/A |
| GSE REO Rem. Code: | | Foreclosure Removal Date: | N/A |
| Entity Code: | | | |
| Original Mortgage Amount: | $130,099.00 | | |
| Litigation Status Code: | | | |
| Man Code: | B | | |
| | | MS Status | N/A |
| | | Relief Requested Date | N/A |
| | | Protection Begin Date | N/A |
| BK Case No: | 19-20650 | Protection End Date | N/A |
| BK Chapter: | 13 | HiType | 1 |
| | | Class Code | |

| | | Last Reviewed | | | | |
|---|---|---|---|---|---|---|
| Invoice ID: | ▮▮▮▮ | | | | | |
| Asset Number: | | | | | | |
| Outsourcer: | | | | | | |
| SubmittedDate | 1st Reviewed Date | | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
| 1/16/2020 | 1/16/2020 | 1/16/2020 | | 1/16/2020 | 1/16/2020 | 1/17/2020 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | | 01/15/2020 | 1 | $650.00 | $650.00 | $0.00 | $650.00 |
| Attorney Fees - Bankruptcy Fee | | | 01/15/2020 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| Note: 410A prep | | | | | | | | |
| | | | | | | $900.00 | $0.00 | $900.00 |

| | | | |
|---|---|---|---|
| **Total:** | $900.00 | $0.00 | $900.00 |

**Invoice Level Exceptions**

None

**Invoice Level Comment**

None

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| In Re: | Case No. 19-20650 |
| Jessica Nicole McHugh | Chapter 13 |
| Debtor. | Judge John W. Kolwe |

## CERTIFICATE OF SERVICE

I certify that on January 28, 2020, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Wade N. Kelly, Debtor's Counsel
    debtfree@cleanslate.com

    Keith A. Rodriguez, Chapter 13 Trustee
    ecf@keithrodriguez.com

    Office of the United States Trustee
    ustpregion05.sh.ecf@usdoj.gov

I further certify that on January 28, 2020, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Jessica Nicole McHugh, Debtor
    2225 Ellis Drive
    Westlake, LA 70669

| | |
|---|---|
| Dated: January 28, 2020 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |